Dismissed and Memorandum Opinion filed April 3, 2008








Dismissed
and Memorandum Opinion filed April 3, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00143-CR

____________

 

LAFEYETTE DEVEON SMITH,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
248th District Court

Harris County, Texas

Trial Court Cause No. 1135841

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to the offense of aggravated sexual assault.  In
accordance with the terms of a plea bargain agreement with the State, the trial
court sentenced appellant on January 23, 2008, to confinement for ten years in
the Institutional Division of the Texas Department of Criminal Justice. 
Appellant filed a pro se notice of appeal.  We dismiss the appeal.  








The
trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed April
3, 2008.

Panel consists of Justices Yates, Guzman, and Brown.

Do Not Publish C Tex. R. App. P.
47.2(b)